## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Kellie Garrett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12072-DRH |
| *Joy A. Gishbaugher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12763-DRH |
| *Susan A. O'Donnell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12726-DRH |
| *Mary Patchin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10584-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

**BY:** _/s/Caitlin Fischer_
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.03.10
10:39:38 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT